UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALMA M. ALVAREZ, )<br>)<br>Defendant. )<br>_____ ) | NO: CR-05-2035-LRS<br><br>ORDER DISMISSING<br>INDICTMENT |

Upon motion of the Plaintiff, United States of America,

IT IS HEREBY ORDERED pursuant to FRCrP 48(a) that the Indictment as to

Defendant Alma M. Alvarez and the above entitled case be and is hereby dismissed.

The Court makes no finding as to the grounds for dismissal or reasons for Plaintiff's

decision in moving for the same.

DATED this 30th  day of September, 2005.


*s/Lonny R. Suko*

_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT